IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-308 (BMS) |
| ) | |
| COMPASSLEARNING, INC.; PEARSON ) | |
| EDUCATION, INC.; RENAISSANCE ) | |
| LEARNING, INC. and PREVISOR, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gregory F. Corbett and J. John Lee of KIRKLAND & ELLIS LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005-5793 to represent defendant PreVisor, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Melissa L. Troutner (#4627)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mtroutner@mnat.com

*Attorneys for PreVisor, Inc.*

August 3, 2011

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gregory F. Corbett and J. John Lee is granted.

Dated: _____        _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/3/2011

Gregory F. Corbett
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/2/11

J. John Lee
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.
>
> John W. Shaw, Esquire
> Pilar G. Kraman, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> L. Jason Cornell, Esquire
> Carl D. Neff, Esquire
> FOX ROTHSCHILD LLP
>
> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on August 3, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Matthew D. Orwig, Esquire<br>Mark C. Nelson, Esquire<br>Basheer Y. Ghorayeb, Esquire<br>SNR DENTON<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX 75201-1858<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

John W. Shaw, Esquire                                               *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street
17th Floor
Wilmington, DE 19801
*Attorneys for Pearson Education, Inc.*

Amr O. Aly, Esquire                                                 *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND AND STOCKTON LLP
31 West 52nd Street
14th Floor
New York, NY 10019
*Attorneys for Pearson Education, Inc.*

L. Jason Cornell, Esquire                                           *VIA ELECTRONIC MAIL*
Carl D. Neff, Esquire
FOX ROTHSCHILD LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801
*Attorneys for Renaissance Learning, Inc.*

Peter C. Buckley, Esquire                                           *VIA ELECTRONIC MAIL*
FOX ROTHSCHILD LLP
2000 Market Street – 20th Floor
Philadelphia, PA 19103
*Attorneys for Renaissance Learning, Inc.*

K. Lee Marshall, Esquire                                            *VIA ELECTRONIC MAIL*
Stephanie A. Blazewicz, Esquire
Robert Esposito, Esquire
BRYAN CAVE LLP
Two Embarcadero Center
Suite 1410
San Francisco, CA 94111
*Attorneys for Renaissance Learning, Inc.*

Nick E. Williamson, Esquire                                         *VIA ELECTRONIC MAIL*
BRYAN CAVE LLP
211 North Broadway – Suite 3600
St. Louis, MO 63102
*Attorneys for Renaissance Learning, Inc.*

Richard L. Horwitz, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
6th Floor
Wilmington, DE 19801
*Attorneys for CompassLearning, Inc.*

Joseph R. Knight, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Brian K. Prewitt, Esquire
Radney H. Wood, Esquire
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
*Attorneys for CompassLearning, Inc.*

　　　　　　　　　　　　　　　　　　　　　　／s／ Jack B. Blumenfeld
　　　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)